1  THOMAS M. HERLIHY (SBN 83615)
   LAURA E. FANNON (SBN. 111500)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
4  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
5  Fax: (415) 391-7808

6  Attorneys for Defendant
   NORTHWESTERN MUTUAL LIFE
7  INSURANCE COMPANY

8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 JOSEPH MEGNA,                    ) Case No.: C 07 0059 CRB
                                    )
13         Plaintiff,               ) STIPULATION EXTENDING TIME TO
                                    ) RESPOND TO COMPLAINT; ~~PROPOSED~~
14    vs.                           ) ORDER
                                    )
15 NORTHWESTERN MUTUAL LIFE         )
   INSURANCE COMPANY,               )
16         Defendant.               )
                                    )
17

18

19

20

21

22

23

24

25

26

27

28

                                    1

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER

1  Plaintiff Joseph Megna and defendant Northwestern Mutual Life Insurance
2  Company, by and through their respective counsel, hereby stipulate and agree that defendant
3  Northwestern may have an extension of time, to and including February 22, 2007, to answer,
4  move to dismiss, or otherwise plead, in response to the complaint filed in this action on January
5  4, 2007. No previous extensions have been sought or granted.

7  Dated: February 4, 2007    LAW OFFICES OF LAURENCE F. PADWAY

9                              By _____
10                              Laurence F. Padway
                                Attorneys for Plaintiff
11                              JOSEPH MEGNA

12 Dated: February 5, 2007     KELLY, HERLIHY & KLEIN LLP
13

14                              By _____
15                              Laura E. Fannon
                                Attorneys for Defendant
16                              NORTHWESTERN MUTUAL LIFE
                                INSURANCE COMPANY

19                              **ORDER**

21      IT IS SO ORDERED.

24 Dated: February 7, 2007     _____
25                              JUDGE, U.S. DISTRICT COURT

                                IT IS SO ORDERED
                                Judge Charles R. Breyer

28  E:\27106\P01

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT; PROPOSED ORDER