# KELLY, HERLIHY & KLEIN LLP

Magistrate Judge Wayne D. Brazil
Re: *Megna v. Northwestern*
May 9, 2007
Page 2

impeded a successful ENE. I have worked with Ms. Nelson on several ADR matters over the past 5 years. Ms. Nelson is familiar from her prior litigation experience and her current position at Northwestern with the benefits to her client of a successful mediation; she looks at the telephone appearance as a full commitment.

If telephone appearance is allowed, then Ms. Nelson can have Ms. Ostrowski present too. It would be difficult for both Ms. Nelson and Ms. Ostrowski for travel to California, leaving a 6-day loss of time. But both could appear telephonically.

So, with plaintiff's counsel and mediator in agreement with the telephone appearance, I respectfully request relief from a personal appearance of Ms. Nelson at the June 5, 2007 mediation and your consent that she may appear telephonically for the mediation. Any expense relating to the telephone appearance will be paid for by this office.

I thank you in advance for your consideration of the above.

Respectfully Submitted,

KELLY, HERLIHY, & KLEIN LLP

By _____
Thomas M. Herlihy

## ORDER RE MEDIATION

It is hereby ordered that The Northwestern Mutual Life Insurance Company, through Mary Nelson, may attend the June 5, 2007 mediation telephonically.

Date: 5-10-2007

_____
The Honorable Wayne D. Brazil
Magistrate Judge

TMH/zk

cc:   James F. Hodgkins, Esq.
      Laurence Padway, Esq.

E:\27106\L05