1  THOMAS M. HERLIHY (SBN 83615)
   LAURA E. FANNON (SBN. 111500)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
4  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
5  Fax: (415) 391-7808

6  Attorneys for Defendant
   NORTHWESTERN MUTUAL LIFE
7  INSURANCE COMPANY

8

9              UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | JOSEPH MEGNA,                      ) Case No.: C 07 0059 CRB
                                        )
13 |         Plaintiff,                 ) STIPULATION OF DISMISSAL OF
                                        ) ACTION WITH PREJUDICE; ORDER
14 |    vs.                             )
                                        )
15 | NORTHWESTERN MUTUAL LIFE           )
     INSURANCE COMPANY,                 )
16 |         Defendant.                 )
                                        )
17 |_____)

18

19

20

21

22

23

24

25

26

27

28

                                    1

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Joseph Megna and defendant Northwestern Mutual Life Insurance Company, by and through their respective counsel, hereby stipulate and agree that the captioned matter may be, and hereby is, dismissed with prejudice. The parties shall bear their own respective costs of suit.

Dated: October 7, 2007

LAW OFFICE OF LAURENCE F. PADWAY

By _____
Laurence F. Padway
Attorneys for Plaintiff
JOSEPH MEGNA

Dated: October 8, 2007

KELLY, HERLIHY & KLEIN LLP

By _____
Thomas M. Herlihy
Laura E. Fannon
Attorneys for Defendant
NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

## ORDER

**IT IS SO ORDERED.**

Dated: October 10, 2007

_____
JUDGE, U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

E:\27106\p10doc